Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Thomas M. Bartz

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS M. BARTZ, | Case No.: 2:16-cv-02073-RFB-PAL |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE PEGGY A. LEEN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Thomas M. Bartz ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to

-1-

bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: April 24, 2017                Respectfully submitted,

                                    ROHLFING & KALAGIAN, LLP

                                        /s/ *Marc V. Kalagian*
                                BY:_____
                                    Marc V. Kalagian
                                    Attorney for plaintiff Thomas M. Bartz

DATE: April 24, 2017                STEVEN W. MYHRE
                                    Acting United States Attorney

                                        /s/ *Adam Lazar*
                                    _____
                                    ADAM LAZAR
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant Nancy A. Berryhill,
                                    Acting Commissioner of Social Security
                                    (Per e-mail authorization)

DATE:

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 27th day of April, 2017.

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:16-CV-02073-RFB-PAL**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 24, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

_____
Marc V. Kalagian
Attorneys for Plaintiff